NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R. J. REYNOLDS TOBACCO
COMPANY, individually and as
successor by merger to BROWN &
WILLIAMSON TOBACCO
CORPORATION, individually and as
successor by merger to THE
AMERICAN TOBACCO COMPANY, a
foreign corporation,

   Appellant,

v.

MARY LIMA, as personal
representative for the Estate of Johnny
Lima; PHILIP MORRIS USA, INC., a
foreign corporation; LORILLARD
TOBACCO COMPANY, a foreign
Corporation; LIGGETT GROUP, LLC,
(f/k/a Liggett Group, Inc., f/k/a Liggett
& Myers Tobacco Company); and
VECTOR GROUP LTD, INC. (f/k/a
Brooke Group, Ltd.), a foreign
corporation.

   Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-4620

Opinion filed January 2, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

Marie A. Borland and Troy A. Fuhrman of
Hill Ward Henderson, Tampa; Charles R. A.
Morse of Jones Day, New York, New York;

and Brian C. Lea of Jones Day, Atlanta, for Appellant.

Thomas J. Seider, Celene H. Humphries, and Maegen P. Luka of Brannock & Humphries, Tampa; Scott Schlesinger, Steven Hammer, Jonathan R. Gdanski, and Brittany Chambers of Schlesinger Law Offices, P.A., Fort Lauderdale; and C. Steven Yerrid of The Yerrid Law Firm, Tampa,  for Appellee Mary Lima, as personal representative of the Estate of Johnny Lima.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.